UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MID-CITY PARKING, INC. | ) | Case No. 04 B 45177 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing Date: September 19, 2006 |
| | ) | Hearing Time: 9:30 a.m. |

**ORDER AUTHORIZING COMMITTEE PROFESSIONALS TO FILE FINAL FEE
APPLICATIONS WITHIN SIXTY (60) DAYS OF COURT ORDER**

Upon consideration of the motion ("Motion") of Mid City Parking, Inc. ("Mid-City") requesting the entry of an order authorizing the professionals for the Official Committee of Unsecured Creditors (the "Committee") to file their final fee application on or before the date that is sixty (60) days after entry of an order granting the relief requested herein; it appearing that due and proper notice of the Motion having been given and that no other or further notice is necessary; and after finding that good and sufficient cause appears therefore on the record; it is **ORDERED**:

1.  Professionals retained by the Committee are authorized to file their final fee application on or before November 17, 2006.

Dated: 9-19-06

ENTER: *Jacqueline P. Cox*
/J. Cox/
United States Bankruptcy Judge

{4870 ORD A0141463.DOC}