# EXHIBIT F

**Freeborn & Peters LLP**



# Harley J. Goldstein

Partner
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6550
hgoldstein@freebornpeters.com

◆ **Bankruptcy, Reorganization and Creditors' Rights**

## Summary of Experience

Mr. Goldstein focuses his practice on corporate reorganization, bankruptcy and creditors' rights. He represents secured creditors, unsecured creditors, debtors, committees, trustees and equity security holders in all transactional and litigation aspects of bankruptcy cases. He also represents lenders and borrowers in out-of-court operational and financial restructuring matters and has represented various clients with respect to debtor-in-possession financing and cash collateral agreements, sales of assets in bankruptcy, reorganization plan structuring and confirmations, multi-national insolvency proceedings, motions for relief from the automatic stay, the impact of bankruptcy provisions on derivative transactions, dischargeability litigation and fraudulent conveyance and preference litigation. Some high-profile bankruptcy proceedings in which Mr. Goldstein has been involved include Fruit of the Loom, Zenith Electronics, United Airlines and Montgomery Ward. Prior to practicing, Mr. Goldstein served as law clerk to the Honorable Erwin I. Katz, U.S. Bankruptcy Judge for the Northern District of Illinois.

Mr. Goldstein was recently profiled as one of *40 Illinois Attorneys Under 40 to Watch* in a publication by the Law Bulletin Publishing Company (publisher of the Chicago Daily Law Bulletin and the Chicago Lawyer).

## Published Works

As an author, Mr. Goldstein's published legal works include:
- *Can Ipso Facto Clauses Resolve the Discharge Debate? An Economic Approach to Novated Fraud Debt in Bankruptcy*, published in the DePaul Business and Commercial Law Journal
- *Spending Other People's Money: Creditors' Remedies for the Misuse of Cash Collateral in Bankruptcy*, published in the University of Miami Business Law Review
- *Online Wagering Firm Ensnared in Minnesota's Web*, published in the Chicago Daily Law Bulletin
- *Online Gambling: Down to the Wire?*, published in the Marquette Sports Law Journal
- *Tips and Traps for Landlords Under New Bankruptcy Amendment*, published in the Turnaround Management Association Journal

Additionally, Mr. Goldstein is frequently quoted in a variety of publications regarding various large bankruptcy proceedings.

## Academic Affiliations

- Mr. Goldstein is on the faculty of the National Business Institute, where he presents a number of continuing education programs, including "Fundamentals of Bankruptcy Law and Procedure in Illinois," "Bankruptcy Law and Procedure From Start to Finish," "Debt Collection From Start to Finish in Illinois," "Aligning Your Practice With the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005," and "Internet Strategies for Legal Professionals."
- Mr. Goldstein is also on the faculty of Lorman Education Services, where he presents a number of continuing education programs, including "Bankruptcy in Illinois" and "Bankruptcy in Illinois: A Creditor's Perspective."
- Finally, Mr. Goldstein is an instructor in a program sponsored by the Chicago Lawyers' Committee for Civil Rights under Law, Inc., where he teaches an "Introduction to Legal Learning" seminar at various local law schools.

## Bar Admissions

- Illinois
- New York
- U.S. Court of Appeals, Third Circuit
- U.S. District Court, District of Colorado
- U.S. District Court, Northern District of Illinois (including Trial Bar)
- U.S. District Court, Northern & Southern Districts of New York

Freeborn & Peters LLP



# Aaron L. Hammer

Partner
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6558
ahammer@freebornpeters.com

♦ **Bankruptcy, Reorganization and Creditors' Rights**

## Summary of Experience

Mr. Hammer is an accomplished financial restructuring and bankruptcy attorney in the broadest sense. He has represented or currently represents debtors, creditors' committees, secured lenders, equipment financiers, hedge and private equity funds, landlords and trade creditors in all facets of domestic and cross-border insolvency matters. Mr. Hammer also is a trusted advisor to Fortune 500 companies on their insolvency matters and has represented clients in bankruptcy asset sales, multi-national insolvency proceedings and complex valuation disputes.

When not counseling clients, Mr. Hammer is an active member of the turnaround and restructuring community, and recently was featured with other industry experts as a panelist in *Financier Worldwide's* roundtable on trends in the U.S. bankruptcy market. He is a contributing author of "Cross-Border Debt Restructurings: Innovative Approaches for Creditors, Corporates and Sovereigns," (Euromoney, 2005), a leading treatise on the subject of cross-border insolvencies and workouts, and has authored dozens of other publications on bankruptcy and insolvency law. Mr. Hammer served as an Adjunct Professor at Northwestern University School of Law for many years where he taught several advanced bankruptcy classes. He has lectured extensively on those subjects around the world, including at the University of Chicago and The Canadian Institute, and is a member of the American Bankruptcy Institute, Turnaround Management Association and ISOL International.

## Representative Experience

Mr. Hammer's recent or notable engagements and experience includes:

- Counsel for *Lason, Inc., DIRECTTV Latin America, LLC* and *Metal Management LLC* in their successful Chapter 11 multi-million dollar debt restructuring proceedings before the U.S. Bankruptcy Court for the District of Delaware.
- Counsel to the *Official Creditors' Committee for Orius Corporation, Inc.* (Bankr. N.D. Ill.), the *Official Creditors' Committee for Mid-City Parking, Inc.* (Bankr. N.D. Ill.), and the *Official Creditors' Committee for Midcom Communications, Inc.* (Bankr. E.D. Mich.).
- Counsel to the single largest aircraft financier to *United Airlines, Inc.* in connection with UAL's Chapter 11 bankruptcy, as well as to other aircraft and equipment financiers in the out-of-court restructuring of American Airlines and the Chapter 11 bankruptcies of *AMERCO, Inc.*, the parent company of U-HAUL, and *Atlas Air, Inc.*
- Member of team that successfully represented Bank of America, N.A. before the U.S. Supreme Court in *Bank of America v. 203 N. LaSalle Street Partnership*, which resulted in a seminal decision concerning the ability of pre-bankruptcy equity holders to acquire equity in the reorganized entity.
- Bankruptcy counsel to Fortune 500 information technology outsourcing company in various notable Chapter 11 proceedings including *Delta Air Lines, Inc., Entergy New Orleans, Inc., Interstate Bakeries, Inc., Global Crossing, Inc.*, and *WorldCom, Inc.*

## Education

- JD, *magna cum laude*: Northwestern University School of Law, Order of the Coif
- BA, *with distinction*: University of Michigan

## Bar Admissions

- Illinois
- United States District Court, Northern District of Illinois
- United States District Court, Eastern District of Michigan