# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 04 B 45177 |
| | ) | |
| MID-CITY PARKING, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## ORDER GRANTING FINAL FEE APPLICATION OF FREEBORN & PETERS LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the *Final Fee Application of Freeborn & Peters LLP as Counsel to the Official Committee of Unsecured Creditors* (the "*Final Fee Application*");[1] the Court having reviewed the Final Fee Application, the Relevant Monthly Statements, and the statement of services rendered during the May 2006 Period and having heard the statements of counsel at a hearing (the "*Hearing*") before the Court; it appearing to the Court that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); the Court finding that the amounts requested in the Final Fee Application are reasonable; the Court further finding that the services rendered and expenses incurred by Freeborn & Peters LLP ("*F&P*"), as described in the Final Fee Application, were actual and necessary to the administration of, and actually benefited, the above-captioned debtor's (the "*Debtor's*") bankruptcy estate; the Court further finding that due and adequate notice of the Final Fee Application and the Hearing was provided; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Final Fee Application and at the Hearing establish just cause for the relief granted herein;

---

[1] All terms undefined in this Order shall have the meanings ascribed to them in the Final Fee Application.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Final Fee Application shall be, and hereby is, granted in its entirety.

2. The Court hereby allows F&P $356,122.50 in final compensation for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code

3. The Court hereby allows F&P $8,485.66 in final reimbursable expenses for the Final Fee Application Period as chapter 11 administrative expenses of the Debtor's estate pursuant to sections 503(b) and 507(a)(1) of title 11 of the United States Code; *provided, however that the photocopy expenses provided therein shall require submission of a declaration by F&P estimating the average costs F&P incurred with regard to such photocopying*

4. The Court hereby authorizes the payment to F&P of $109,608.16.

Dated: __Dec. 7__, 2006

*Jacqueline P. Cox*
J. Cox
UNITED STATES BANKRUPTCY JUDGE